# UNITED STATES DISTRICT COURT
## District of Minnesota

**E-filing**

FC 07 3026 FILED SI

**RESPOND TO:**

| x | U.S. District Court, 700 Federal Building, 316 N. Robert St., St. Paul, MN 55101 | Phone (651) 848-1100 |
| | U.S. District Court, 202 U. S. Courthouse, 300 S. Fourth St., Minneapolis, MN 55415 | Phone (612) 664-5000 |
| | U.S. District Court, 417 Federal Building, 515 W. First St., Duluth, MN 55802 | Phone (218) 529-3500 |
| | U.S. District Court, 212 U. S. Post Office, 118 South Mill St., Fergus Falls, MN 56537 | Phone (218) 739-5758 |

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| DATE: June 4, 2007 | CIVIL FILE NUMBER: MN 07-1155 PJS/JJG |
|---|---|
| **CASE TITLE:** Nehring v LG Philips LCD | |

| | Discovery documents are returned pursuant to Federal Rules of Civil Procedure 5(d). |
|---|---|
| | Your original documents are returned. Copies of state court documents were submitted upon removal of the action to federal court. |
| | A certified copy of the Order of Remand is enclosed. Please acknowledge receipt by returning a date-stamped copy of this notice in the enclosed self-addressed envelope. Our records indicate your State Court case number is _____ |
| x | The above entitled action is being transferred to your court pursuant to Order of Clerk of the MDL Panel filed on May 11, 2007 _____ A certified copy of the order and the docket entries are included, along with the original court file. Please acknowledge receipt of this file by returning a date-stamped copy of this notice indicating the filing date and civil case number assigned in your court. |
| | The above entitled action is being transferred to your court pursuant to Order of Judge _____ filed on _____ A certified copy of the order and the docket sheet are included. You can obtain the original record by accessing CM/ECF through PACER. Please acknowledge receipt by returning a date-stamped copy of this notice indicating the filing date and civil case number assigned in your court. |
| | Your In Forma Pauperis application was approved. Please complete the enclosed U.S. Marshal Service Form(s) (one per defendant) and return to the office indicated at the top of this form. Service cannot be performed until these completed forms have been received by the Clerk's Office. |
| | OTHER: |

Deputy Clerk: Vickie Moralez
Deputy Clerk

K:\XFR\forms\civil\Cklist.frm

Modified 11/8/06