CLOSED, CV

# U.S. District Court
## District of Minnesota (DMN)
### CIVIL DOCKET FOR CASE #: 0:07-cv-01155-PJS-JJG

Nehring v. LG Philips LCD Company LTD, et al
Assigned to: Judge Patrick J. Schiltz
Referred to: Magistrate Judge Jeanne J. Graham
Cause: 15:1 Antitrust Litigation

Date Filed: 02/14/2007
Jury Demand: None
Nature of Suit: 410 Anti-Trust
Jurisdiction: Federal Question

**Plaintiff**

**Kari J Nehring**
*and all others similarly situated*

represented by **Daniel E Gustafson**
Gustafson Gluek PLLC
608 2nd Ave S Ste 650
Mpls, MN 55402
612-333-8844
Fax: 612-339-6622
Email: dgustafson@gustafsongluek.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Dianne-NA M Nast**
Not Admitted
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jason S Kilene**
Gustafson Gluek PLLC
608 2nd Ave S Ste 650
Mpls, MN 55402
(612) 333-8844
Fax: (612) 339-6622
Email: jkilene@gustafsongluek.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Renae D Steiner**
Gustafson Gluek PLLC
608 2nd Ave S Ste 650
Mpls, MN 55402
612-333-8844
Fax: 612-339-6622
Email: rsteiner@gustafsongluek.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**LG Philips LCD Company LTD,**

**Defendant**

**LG Philips LCD America, Inc.**

**Defendant**

**LG Electronics Inc.**

**Defendant**

**Royal Philips Electronics NV**

**Defendant**

**Samsung Electronics Co., Ltd.**

**Defendant**

**Samsung Semiconductor, Inc.**

**Defendant**

**AU Optronics Corporation**

**Defendant**

**AU Optronics Corporation America**

**Defendant**

**Chi Mei Optoelectronics**

**Defendant**

**Chi Mei Optoelectronics USA, Inc.**

**Defendant**

**Sharp Corporation**

**Defendant**

**Sharp Electronics Corporation**

**Defendant**

**Toshiba Corporation**

**Defendant**

**Matsushita Display Technology Co., Ltd.**

**Defendant**

**Hitachi Ltd.**

**Defendant**

Hitachi Displays, Ltd.

**Defendant**

**Hitachi America Ltd.**

**Defendant**

**Hitachi Electronic Devices (USA), Inc.**

**Defendant**

**Sanyo Epson Imaging Devices Corporation**

**Defendant**

**NEC Corporation**

**Defendant**

**NEC LCD Technologies, Ltd.**

**Defendant**

**IDT International Ltd.**

**Defendant**

**International Display Technology Co., Ltd.**

**Defendant**

**International Display Technology USA Inc.**

**Defendant**

**Chunghwa Picture Tubes Ltd.**

**Defendant**

**HannStar Display Corporation**

| Date Filed | # | Docket Text |
|---|---|---|
| 02/14/2007 | 1 | COMPLAINT against all defendants ( Filing fee $ 350 receipt number 4-11003.) assigned to Judge Patrick J. Schiltz per Antitrust List referred to Magistrate Judge Jeanne J. Graham, filed by Kari J Nehring. (Attachments: # 1 Civil Cover Sheet)(dch) (Entered: 02/15/2007) |
| 02/14/2007 |  | Summons Issued as to defendants. (dch) (Entered: 02/15/2007) |
| 03/15/2007 | 2 | STIPULATION *and Order for Extension of Time* by Kari J Nehring. (Steiner, Renae) (Entered: 03/15/2007) |
| 03/20/2007 | 3 | ORDER - GRANTING re 2 Stipulation to Extend Time to Answer the |

|  |  |  |
|---|---|---|
|  |  | Complaint. Signed by Magistrate Judge Jeanne J. Graham on 3/19/07. (GJS) (Entered: 03/20/2007) |
| 06/04/2007 | 4 | CONDITIONAL TRANSFER ORDER (CTO-1) transferred the US District Court for the Northern District of California for coordinated or consolidated pretrial proceedings. Assigned to the Honorable Susan Yvonne Illston. (VEM) (QC'd by akl) (Entered: 06/04/2007) |
| 06/04/2007 | 5 | LETTER from US District Court to the Northern District of California transferring a copy of the clerk's file. Mailed to the Northern District of California, Clerk of Court, 450 Golden Gate Ave, San Francisco, CA 94102. (VEM) (Entered: 06/04/2007) |

| PACER Service Center |||
|---|---|---|
| Transaction Receipt |||
| 06/13/2007 13:22:31 |||
| PACER Login: | us4077 | Client Code: |
| Description: | Docket Report | Search Criteria: | 0:07-cv-01155-PJS-JJG |
| Billable Pages: | 2 | Cost: | 0.16 |